# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOHN W SAATIO,

   Petitioner,

v.                                            Case No. 3:19cv1614-RV-HTC

SECRETARY DEPARTMENT
OF CORRECTIONS,

   Respondent.

_____/

## ORDER

This case is before the Court based on the Magistrate Judge's Report and Recommendation (Doc. 22). Having considered the Report and Recommendation and the timely-filed objections (Doc. 23), I have determined that the Report and Recommendation should be adopted. Accordingly, it is

**ORDERED** that:

1. The Respondent's Motion to Dismiss (Doc. 18) is GRANTED.

2. The Magistrate Judge's Report and Recommendation (Doc. 22) is adopted and incorporated by reference in this Order.

3. The Petition (Doc. 1) is DISMISSED WITH PREJUDICE as untimely.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of June, 2020.

                s/ *Roger Vinson*
                **ROGER VINSON**
                **SENIOR UNITED STATES DISTRICT JUDGE**